5

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Strattec §
  §
versus §  CIVIL ACTION H- 95-1031
  §
General Automotive §
  §

## CONFERENCE MEMORANDUM

*Appearances.*

Counsel:  Representing:

Louis Paine, James Smith    Ptf
Robt. Curfiss & Teresa Kelly

Geo. Bishop, Alan Rosenthal
Ira Perry

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
JUL 19 1995
Michael N. Milby, Clerk

Date: 7-17-95     Reporter: _____

At the conference, these rulings were made:

Pending motions:

Motions in limine granted.
Attorneys to submit witness + exhibit lists,
proposed instructions + voir dire this afternoon.
Trial to begin at 9:00 a.m. Tuesday, 7-18-95.

Other rulings:

_____
_____
_____
_____
_____
_____
_____

☐ Trial preparation to be completed by: _____

☐ All motions not expressly decided are denied without prejudice.

Scheduling:

☐ Review deadline _____ .

☐ A scheduling order is in effect.

☐ Counsel are to complete and return a scheduling order by: _____ .

☐ A pretrial conference

☐ A hearing

is set for: _____ at _____ .

Trial:

☒ Jury   Estimated days to try (at 5.5 hours per day): 4 days

☐ Bench

☒ Trial set: Tues. July 18, 1995   Time: 9:00 a.m.

Joint PTO due: _____

File this memorandum and enter rulings.

Lynn N. Hughes
United States District Judge