| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

ENTERED
AUG 16 1995
MICHAEL N. MILBY, Clerk
#99

STRATTEC SECURITY CORPORATION, §
§
        Plaintiff, §
§
versus §    CIVIL ACTION H-95-1031
§
GENERAL AUTOMOTIVE SPECIALTY §
COMPANY, Inc., ALL-LOCK CO. INC., and §
FAIRWAY SUPPLY CO., Inc., §
§
        Defendants. §

FINAL JUDGMENT

1. The preliminary injunction is dissolved.

2. Strattec Security Corporation takes nothing from Fairway Supply Co., Inc.

3. Because the device of General Automotive Specialty Company, Inc., and All-Lock Co., Inc. that combines key, resistor, wire lead, and insulation infringes United States patent 4,250,482, Strattec recovers a judgment that it is unlawful for the All-Lock device to be made, sold, or used for the life of the patent.

Signed August 10, 1995, at Houston, Texas.

Lynn N. Hughes
United States District Judge